**EX PARTE Calvin MASSEY**

CR-14-0262

Court of Criminal Appeals of Alabama.

01/20/2015

Transferred to Montgomery Cir. Ct.

■

**EX PARTE Eli CRAWFORD IV**

CR-14-0266

Court of Criminal Appeals of Alabama.

01/20/2015

Transferred to Jefferson Cir. Ct.

■

**EX PARTE Curtis DAVIS**

CR-14-0268

Court of Criminal Appeals of Alabama.

02/04/2015

Mand. pet. denied

■

**EX PARTE Rufus D. BASKIN**

CR-14-0269

Court of Criminal Appeals of Alabama.

02/03/2015

Mand. pet. dismissed

■

**EX PARTE Darrell Lee JACKSON**

CR-14-0270

Court of Criminal Appeals of Alabama.

02/04/2015

Mand. pet. denied

■

**EX PARTE Lionel ONEAL**

CR-14-0271

Court of Criminal Appeals of Alabama.

02/04/2015

Mand. pet. dismissed

■

**Randy Lee REID**

v.

**STATE**

CR-14-0273

Court of Criminal Appeals of Alabama.

01/21/2015

Reh. denied